UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| DAVID ALANIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-00017 |
| § | |
| CHUBB LLOYDS INSURANCE COMPANY § | |
| OF TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Now before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff David Alanis and Defendant Chubb Lloyds Insurance Company of Texas. (Dkt. No. 38). The Court, after considering the Motion, believes it to be in accordance with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims, causes of action and other requests for relief are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED July 23, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge